# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOSEPH EDMOND and ) <br> CYNTHIA G. EDMOND, et al. ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ENGELHARD CORPORATION n/k/a ) <br> BASF CATALYSTS, L.L.C. ) <br> ) <br>     Defendant. ) | CIVIL ACTION NO. <br> 5:08-CV-056 (MTT) |

## **CONSENT ORDER**

COME NOW, Plaintiffs and Defendant informing the Court that they have reached a compromise (hereinafter the "Agreement") with regard to the additional damages which were not specifically determined by the Court's Order on Summary Judgment. The parties executed the Agreement on items iv-vii of the Amended Complaint and Defendant has agreed to pay the amounts specified in the Agreement to Plaintiffs and Plaintiffs' counsel. Furthermore, the parties have agreed that they do not intend for the Agreement to modify the specific findings set forth in the Court's Order on Summary Judgment (Dkt. 54), and the parties have agreed that the Agreement on the additional damages does not affect any future rights or obligations of the Parties relating to the reinstatement of the Edmonds into the benefit plans in

compliance with the Court's Order. Additionally, Plaintiffs have agreed to withdraw their Motion and Brief for Clarification of the Order on Specific Performance (Dkt. No. 56) and Defendant has agreed to withdraw its response to the Motion (Dkt. No. 60).

WHEREFORE, the remaining issues as to the additional damages sought in items iv-vii of the Amended Complaint in the Litigation having been resolved, the Court shall enter a final judgment and decree and terminate this action.

It is SO ORDERED this  10th day of February, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

Submitted by:

| | |
|---|---|
| s/ Pamela I. Atkins | s/ Joshua H. Viau |
| Pamela I. Atkins | Joshua H. Viau |
| Georgia Bar No. 026302 | Georgia Bar No. 378557 |
| ATKINS & ASSOCIATES, LLC | Justin B. Connell |
| 1117 Perimeter Center West | Georgia Bar No. 142692 |
| Suite W-405 | ELARBEE, THOMPSON, SAPP & |
| Atlanta, Georgia 30338 | WILSON, LLP |
| Telephone: 770.399.9999 | 800 International Tower |
| Facsimile: 770.399.9939 | 229 Peachtree Street, N.E. |
| | Atlanta, Georgia 30303 |
| Counsel for Plaintiffs | Telephone: (404) 659-6700 |
| | Facsimile: (404) 222-9718 |
| | Counsel for Defendant |